UNITED STATES DISTRICT COURT
MIDDLE OF FLORIDA
ORLANDO DIVISION

JOSE RODRIGUEZ JR.,

    Plaintiff,

-vs-                                            CASE NO.:

CORELOGIC INFORMATION
RESOURCES, LLC,

    Defendant.
_____/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, Jose Rodriguez Jr., sues Defendant, Corelogic Information Resources, LLC, and in support thereof respectfully alleges violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.*

**PRELIMINARY STATEMENT**

1. This is an action for monetary and other relief brought by Plaintiff for violations of his rights under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 *et seq.*, which were violated by Defendant by failing to maintain reasonable procedures as a "credit reporting agency" to ensure the maximum possible accuracy of information contained in "consumer reports."

2. The Consumer Financial Protection Bureau has noted, "experience indicates that [Credit Reporting Agencies] lack incentives and under-invest in accuracy" Consumer Fin. Prot. Bureau, Supervisory Highlights Consumer Reporting Special Edition 21 (Issue 14, March 2, 2017).

1

## **JURISDICTION**

3. Jurisdiction for this Court is conferred by 28 U.S.C. § 1331 as this action involves violations of the FCRA.

4. Venue is proper for this Court pursuant to 28 U.S.C. § 1391(b)(2).

5. Venue is proper in this District as Plaintiff is a natural person and a resident of Orange County, Florida; the violations described in this Complaint occurred in this District; and the Defendant transacts business within this district.

6. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a (c).

7. Defendant is a corporation incorporated under the laws of the State of California, with a principal place of business located at 40 Pacifica Ave., Suite 900, Irvine, California 92618, which conducts business within the State of Florida through its registered agent, Corporation Service Company, located at 1201 Hays Street, Tallahassee, FL 32301.

8. Defendant is a "consumer reporting agency," as defined in 15 USC § 1681(f). Defendant is regularly engaged in the business of assembling, evaluating, and disbursing information concerning consumers for the purpose of furnishing consumer reports, as defined in 15 U.S.C. § 1681(d), to third parties.

9. Defendant disburses such consumer reports to third parties under contract for monetary compensation.

## FACTUAL ALLEGATIONS

10. In February 2020 Plaintiff applied for rental housing.

11. The prospective landlord obtained a consumer report regarding Plaintiff from Defendant in order to check Plaintiff's background before approving Plaintiff for housing.

12. The prospective landlord subsequently advised Plaintiff that his application was denied due to several criminal charges appearing on the consumer report the prospective landlord obtained from Defendant.

13. The Plaintiff was never charged with, or convicted of, any of the crimes reported on the consumer report prepared by Defendant.

14. Under information and belief, Defendant mixed Plaintiff's personal information with an unknown third party's personal information, resulting in the serious errors on the consumer report Defendant prepared and sold to the prospective landlord.

15. As a result of Defendant's actions and/or inactions, Plaintiff suffered a denial of housing.

16. As a result of Defendant's actions and/or inactions, Plaintiff suffered from stress, embarrassment, worry, fear, anger, and waste of his personal time.

## CAUSES OF ACTION

### COUNT I
### Violations of the Fair Credit Reporting Act

17. Plaintiff re-alleges and incorporates paragraphs one (1) through sixteen (16) above as if fully set forth herein.

18. Defendant violated 15 U.S.C. § 1681e(b) by failing to establish or to follow reasonable procedures to assure maximum possible accuracy in the preparation of the credit report and credit files it published and maintains concerning the Plaintiff.

19. As a result of this conduct, action and inaction of Defendant, the Plaintiff suffered damage by loss of credit/denial of housing, loss of the ability to purchase and benefit from credit, and mental and the emotional pain stemming from the anguish, humiliation, and embarrassment of a credit/housing denials.

20. Defendant's conduct, action, and/or inaction was willful, rendering it liable for punitive damages in an amount to be determined by the Court pursuant to 15 USC § 1681n. In the alternative, it was negligent, entitling the Plaintiff to recover under 15 USC § 1681o.

21. The Plaintiff is entitled to recover costs and attorney's fees from Defendant in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n and/or § 1681o.

**WHEREFORE**, Plaintiff respectfully demands a trial by jury on all issues so triable and judgment against Defendant, CORELOGIC INFORMATION RESOURCES, LLC for statutory damages, punitive damages, actual damages, costs, interest, attorney fees, enjoinder from further violations of these parts and any other such relief the Court may deem just and proper.

Respectfully Submitted,

*/s/ Frank H. Kerney, III, Esq.*
Frank H. Kerney, III, Esq.
FBN: 008672
Morgan & Morgan, Tampa, P.A.
201 N. Franklin St.
Suite 700
Tampa, Florida 33602

Telephone: 813-577-4729
Facsimile: 813-559-4831
FKerney@ForThePeople.com
MMartinez@ForThePeople.com
*Attorney for Plaintiff*

5