UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE RODRIGUEZ, JR.,

        Plaintiff,

v.                                       Case No: 6:20-cv-497-Orl-37GJK

CORELOGIC RENTAL PROPERTY
SOLUTIONS, LLC,

        Defendant.

## ORDER OF DISMISSAL

This cause is before the Court upon the Amended Notice of Settlement as to CoreLogic Rental Property Solutions, LLC (Doc. 30) indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 20, 2020.


ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record